UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDUARDO GONZALEZ,

    Plaintiff,

– against –

JASON WALKER, COWAN BENNETT, and
J.C. PENNEY COMPANY, INC.,

    Defendants.

ORDER

10-CV-2896

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 0 7 2011 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

As advised by Magistrate Judge Lois Bloom by a Report and Recommendation dated January 6, 2011, plaintiff's complaint is dismissed without prejudice for failure to prosecute.

A copy of this order shall be mailed to plaintiff by the clerk of court.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: January 18, 2011
Brooklyn, New York